AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Terry Moore<br>*Plaintiff*<br>v.<br>Marcia Fuller, SCDC Dietician; John and Jane Does, Kershaw Cafeteria Supervisors; Michael L. Fair, Legislative Audit Council, et. al., in their individual and personal capacities; Boyd H. Parr, Director of Poultry Products and Inspection<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.    2:13-3238-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Terry Moore, shall take nothing of Defendants; Marcia Fuller, SCDC Dietician; John and Jane Does, Kershaw Cafeteria Supervisors; Michael L. Fair, Legislative Audit Council, et. al., in their individual and personal capacities; and Boyd H. Parr, Director of Poultry Products and Inspection; as to the complaint filed pursuant to 42 U.S.C. § 1983 and the complaint is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding.

Date:   January 7, 2014                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                           s/S. Samsa

                                                                  *Signature of Clerk or Deputy Clerk*